SHANKLE, Respondent, v. ST. LOUIS SOUTH-
WESTERN RAILWAY COMPANY, Appellant.

St. Louis Court of Appeals, April 28, 1908.

RAILROADS: Fences: Negligence. In an action against a railroad
company for damages to plaintiff's crops by stock which en-
tered his field on account of the failure of the defendant to
maintain a statutory fence, the railroad company could not de-
fend by showing that the plaintiff was negligent in planting his
crop with knowledge of its exposed condition and in failing to
keep the fence in repair where the stock entered the field.

Appeal from New Madrid Circuit Court.—*Hon. Henry
C. Riley,* Judge.

AFFIRMED.

*S. H. West* and *Ralph Wammack* for appellant.

GOODE, J.—This plaintiff recovered judgment. for
damage done to his crops by marauding stock which
entered his field in consequence of the failure of the
defendant company to maintain a statutory fence. But
one question is presented on the appeal namely; the al-
leged error of the court in refusing to grant an instruc-
tion that it was the duty of defendant to use reasonable
precaution to protect his property, and if he planted his
crop with knowledge of its exposed condition, it was his
duty to take steps to repair, or have the fence repaired,
where the stock entered on his field, and he could only
recover such damage as could not be prevented by the
exercise of ordinary care. It is conceded by counsel
for defendant that the question raised was decided
against their contention by this court in Carpenter v.
Railroad, 20 Mo. App. 644, and Buttles v. Railroad, 43
Mo. App. 280. They contend, however, that those de-
cisions are manifestly unsound and ought to be over-
ruled. We think they are sound and ought to be fol-
lowed.

The judgment is affirmed. All concur.